IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02995-ZLW-KMT

JOYCE TUGGLE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois Corporation, and
JOHN DOE,

    Defendants.

## ORDER

    Pursuant to and in accordance with the parties' Stipulation For Dismissal With Prejudice (Doc. No. 21), it is

    ORDERED that this action is dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

    DATED at Denver, Colorado this 10th day of November, 2010.

                                  BY THE COURT:

                                  *Zita Leeson Weinshienk*
                                  ZITA LEESON WEINSHIENK, Senior Judge
                                  United States District Court